AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:13-cr-210-SEB-JMD-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| MARK ASPINALL | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☒ GRANTED. The defendant's previously imposed sentence of imprisonment of 84 months is reduced to time served as of December 21, 2020. The term of supervised release remains 7 years.

   ☒ The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where the defendant will be released.

   ☒ The defendant's previously imposed conditions of supervised release as set forth in the judgment of February 2, 2015, are unchanged except as follows: Defendant shall serve the first two months of his term of supervised release on home incarceration with GPS monitoring. Defendant is further ordered to comply with any period of quarantine due to the COVID-19 epidemic directed by medical staff and/or any state or local health authority.

☒ OTHER: Pursuant to the parties' stipulation, dkt. 65, the Court concludes that Defendant has presented extraordinary and compelling reasons warranting a sentence reduction, that he does not present a danger to another person or the community under 18 U.S.C. § 3142(g), that the sentencing factors in 18 U.S.C. § 3553(a) favor his release, and that his release is consistent with

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

the applicable policy statements issued by the Sentencing Commission. Accordingly, Defendant's

motion for compassionate release, dkt. [61], is **granted.** The Bureau of Prisons is ordered to release

the defendant by **4:00 p.m.** on **December 21, 2020**. The defendant's USM Number is 11389-028.

Counsel for the United States is ordered to transmit this Order to Defendant's custodian no later

than **5:00 p.m. on December 18, 2020**.

IT IS SO ORDERED.

Date: _____12/18/2020_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel